IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01484-MSK

DAM LE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a Reciprocal Inter-Insurance Exchange,

    Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned currently is insured by United Services Automobile Association (USAA) and is aligned with USAA with regard to pending claims. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 20th day of June, 2012.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge