IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01484-WJM-MJW

DAM LE, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs III A. 5. and XIV. and made an Order of Court.

Date: November 5, 2012